1  DANIEL P. SELMI, ESQ. (SBN 67481)
   919 Albany Street
2  Los Angeles, CA 92662
   Tel: (213) 736-1098
3  Fax: (949) 675-9871
   dselmi@aol.com
4
   Attorney for Amici Curiae
5  Southern California Federation of Scientists,
   Los Angeles Chapter of Physicians for Social
6  Responsibility, Rocketdyne Cleanup Coalition, and
   Committee to Bridge the Gap
7

8                 UNITED STATES DISTRICT COURT

9        EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

10

11  THE BOEING COMPANY,              Case No. 09-cv-03165-GEB-KJN

12              Plaintiff,           **ORDER GRANTING MOTION TO FILE
                                     AMICUS CURIAE BRIEF**
13        v.
                                     Hearing Date:  March 22, 2010
14  MAZIAR MOVASSAGHI, in his official   at 9:00 a.m. before the Honorable
    capacity as the Acting Director of the California   Garland E. Burrell, Jr.
15  Department of Toxic Substances Control,

16              Defendant.

17

18        The motion of applicants Southern California Federation of Scientists, Los Angeles Chapter of

19  Physicians for Social Responsibility, Rocketdyne Cleanup Coalition, and Committee to Bridge the Gap

20  to file a brief amicus curiae is granted.

21        IT IS SO ORDERED.

22

23  Dated: 3/15/10                    _____
                                      GARLAND E. BURRELL, JR.
24                                    United States District Judge

25

26

27

28

[PROPOSED] ORDER
CASE NO. 09-cv-03165-GEB-KJN

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER
CASE NO. 09-cv-03165-GEB-KJN