IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOEING COMPANY,<br><br>            Plaintiff,<br><br>      v.<br><br>MAZIAR MOVASSAGHI, in his official capacity as the Acting Director of the California Department of Toxic Substances Control,<br><br>            Defendant. | 2:09-cv-03165-GEB-GGH<br><br>ORDER TO SHOW CAUSE |

The parties are ordered to show cause why venue should not be transferred to the United States District Court for the Central District of California under 28 U.S.C. § 1404(a).  Each party shall file a brief responding to this order no later than June 7, 2010.  Any reply shall be filed no later than June 14, 2010.  A hearing on these briefs will be held at 9:00 a.m. on June 21, 2010.  The hearing on Plaintiff's summary judgment motion, currently scheduled for June 21, 2010, will be rescheduled following this hearing.

Dated: May 25, 2010

```
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```

1