Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Los Angeles, California 90071

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOEING COMPANY,<br><br>              Plaintiff,<br><br>       v.<br><br>MAZIAR MOVASSAGHI, in his<br>official capacity as the Acting Director<br>of the California Department of Toxic<br>Substances Control,<br><br>              Defendant. | Case No. CV 10-04839-JFW (MANx)<br><br>**ORDER RE: EXTENSION OF PAGE LIMITS FOR SUMMARY JUDGMENT BRIEFING** |

This Court, having reviewed the parties' Stipulation Re: Extension of Page Limits for Summary Judgment Briefing, hereby ORDERS that plaintiff's brief in support of its motion for summary judgment and defendant's brief in opposition to summary judgment shall not exceed 35 pages, and plaintiff's reply brief shall not exceed 17 pages.

IT IS SO ORDERED.


DATED:  12/3/10                    _____

                                   HON. JOHN F. WALTER
                                   UNITED STATES DISTRICT JUDGE