Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Los Angeles, California 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOEING COMPANY, | Case No. CV 10-04839-JFW (MANx) |
| Plaintiff, | |
| v. | **JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)** |
| LEONARD ROBINSON, in his official capacity as the Acting Director of the California Department of Toxic Substances Control, | |
| Defendant. | |

The Court having granted Plaintiff The Boeing Company's Motion for Summary Judgment based on its determination that there were no genuine issues as to any material fact and that Plaintiff was entitled to judgment as a matter of law on Counts One, Two, and Three of the Amended Complaint, IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in this action as follows:

    1.    Judgment is entered in favor of Plaintiff The Boeing Company as to Counts One, Two, and Three of the Amended Complaint.

    2.    California Senate Bill 990 ("SB 990"), codified at Cal. Health & Safety Code § 25359.20, is declared invalid and unconstitutional in its entirety under the Supremacy Clause of the United States Constitution.

3. Defendant in his official capacity as Acting Director of the California Department of Toxic Substances Control ("DTSC") and any successors, as well as any officers, agents, servants, employees, or attorneys acting for or on behalf of DTSC, or persons in active concert or participation with any such person or DTSC, are hereby enjoined from enforcing or implementing SB 990.

4. The Court finds that there is no just reason for delay of the entry of final judgment. In light of this finding, final judgment for Plaintiff is entered pursuant to Rule 54(b) as to Counts One, Two, and Three of the Amended Complaint. Counts Four through Nine of the Amended Complaint, which seek the same relief sought in Counts One, Two, and Three, are stayed pending further order of the Court.

The Clerk is ordered to enter this Judgment.

DATED: May 5, 2011

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE